UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD THOMPSON, a Nevada resident; KEVIN BATTERSHELL, a California resident,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN LAKE, a Nevada resident; ERIC MARCONATO, a Nevada resident; ANTONIO MARCONATO, a Nevada resident; JAMES AHDUNKO, a Nevada resident; CHRIS ROWE, a Nevada resident; WESLEY KELLER, a Nevada resident; the CITY OF SPARKS, NEVADA,<br><br>Defendants. | 3:11-CV-00644-LRH-WGC<br><br>ORDER |

It having come to the court's attention that the parties in this matter filed a Stipulation (doc. # 21[1]) to extend the time to submit their Joint Discovery Plan and Scheduling Order until fifteen (15) days after the court had issued an order on the motions for summary judgment, and that on May 2, 2012, Magistrate Judge William G. Cobb granted that stipulation (#31), and GOOD CAUSE APPEARING,

///

---

[1] Refers to the court's docket number.

1  It appearing that the court mistakenly assumed discovery had been completed in this action,
2  IT IS HEREBY ORDERED that the court's order for the filing of a joint proposed pretrial order,
3  contained in the Order on Mandate (#44), was premature and is hereby VACATED.
4  IT IS SO ORDERED.
5  DATED this 11th day of May, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE